ORDER directing clerk's office to transfer files to U.S. District Court for the Northern Mariana Islands

; DISTRICT OF HAWAII (00-CV-229)

| Date | # | Description |
|---|---|---|
| 3/28/00 | 1 | COMPLAINT for damages and injunctive relief; demand for jury trial; (Summons(es) issued) (byy) [Entry date 03/29/00] |
| 3/28/00 | 2 | ORDER by Judge David A. Ezra rule 16 conference set for 9:00 7/3/00 before Mag Judge Barry M. Kurren (byy) [Entry date 03/29/00] |
| 3/28/00 | -- | FILING FEE PAID $150.00 receipt #193659 (byy) [Entry date 03/29/00] |
| 4/11/00 | 3 | EX PARTE APPLICATION to appear pro hac vice; declaration of Ellen R. NAdler in support of ex parte application to appear pro hac vice; declaration of Thomas R. Sylvester; ORDER GRANTING ex parte application to appear pro hac vice - by Mag Judge Barry M. Kurren by defendant Liz Claiborne, Inc. for attorney Ellen R. Nadler to appear pro hac vice (eps) [Entry date 04/12/00] |
| 4/13/00 | 4 | CERTIFICATE of service (eps) [Entry date 04/14/00] |
| 4/14/00 | 5 | EX PARTE MOTION for reassignment of related cases and Order by Judge David A. Ezra by plaintiff Doe II, plaintiff Doe I Case reassigned to Judge David A. Ezra and Magistrate Judge Leslie E. Kobayashi; declaration of Thomas R. Grande (eps) [Entry date 04/17/00] |
| 5/10/00 | 6 | EX PARTE APPLICATION to appear pro hac vice and Order by Mag Judge Barry M. Kurren by defendant Brylane, L.P., defendant Donna Karan Internat, defendant Polo Ralph Lauren C, defendant Phillips-Van for attorney Joel W. Sternman to appear pro hac vice; declaration of Joel W. Sternman in support of ex parte application to appear pro hac vice; declaration of Thomas R. Sylvester (eps) [Entry date 05/11/00] |
| 5/10/00 | 7 | CERTIFICATE of service (eps) [Entry date 05/11/00] |
| 5/10/00 | -- | Docket Modification (Utility Event) adding attorney Thomas R. Sylvester as local counsel (eps) [Entry date 06/20/00] |
| 6/29/00 | 8 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Brylane, L.P., defendant Donna Karan Internat, defendant Liz Claiborne, Inc., defendant Polo Ralph Lauren C, defendant Phillips-Van (eps) [Entry date 06/30/00] |
| 6/29/00 | 9 | SCHEDULING CONFERENCE STATEMENT; certificate of service - by plaintiff Doe II, plaintiff Doe I (eps) [Entry date 06/30/00] |

| Date | # | Entry |
|---|---|---|
| 7/3/00 | 10 | EP : Rule 16 Scheduling Conference not held. Kuenzel, Nadler and Sternman by phone. Counsel will be awaiting the result of the Motion for Reconsideration in Civil No. 99-00717DAE-LEK; rule 16 conference set for 9:00 9/5/00 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : No Record) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 07/05/00] |
| 8/23/00 | 11 | EO : rule 16 conference set for 9:00 9/5/00 is continued to 900 10/16/00 before Mag Judge Leslie E. Kobayashi; Thomas Sylvester to notify all parties ( Ct Rptr : ) Mag Judge Leslie E. Kobayashi (lg) [Entry date 08/25/00] |
| 9/1/00 | 12 | STIPULATION and ORDER by Mag Judge Leslie E. Kobayashi - by plaintiffs (re: provisions of settlement agreements) (ac) [Entry date 09/04/00] |
| 10/10/00 | 13 | EO : rule 16 conference set for 9:00 10/16/00 is contd to 9:00 12/11/00 before Mag Judge Leslie E. Kobayashi; Sandy of Thomas Sylvester's office to notify all parties ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 10/11/00] |
| 11/29/00 | 14 | EO : rule 16 conference set for 9:00 12/11/00 is contd to 9:00 2/12/01 before Mag Judge Leslie E. Kobayashi; Thomas Sylvester to notify all parties ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 11/29/00] |
| 2/1/01 | 15 | EO : Rule 16 Scheduling Conference set for 9:00 2/12/01 is continued to 9:00 4/16/01, LEK. Thomas R. Sylvester to notify all parties. Sylvester to file Status Report regarding related case Civil No. 99-00717DAE-LEK Doe I, et al. Vs. Gap, Inc., et al. and the effect on the above entitled case. cc: Magistrate Judge Leslie E. Kobayashi (via E-mail) rule 16 conference set for 9:00 4/16/01 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (eps) [Entry date 02/01/01] |
| 2/12/01 | 16 | Amended SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Brylane, L.P., Donna Karan Internat, Liz Claiborne, Inc., Polo Ralph Lauren C, Phillips-Van (eps) [Entry date 02/12/01] |
| 4/5/01 | 17 | EO :Rule 16 Scheduling Conference set for 9:00 4/16/01 is moved up to 9:00 4/12/01, LEK as a Status Conference/Rule 16 Scheduling Conference. Thomas Sylvester to notify all parties status conference/rule 16 conference set for 9:00 4/12/01 before Mag Judge Leslie E. Kobayashi ( Ct Rptr : ) JUDGE Mag Judge Leslie E. Kobayashi (byy) [Entry date 04/06/01] |
| 4/12/01 | 18 | EP : Status Conference/Rule 16 Scheduling Conference - Status Conference held regarding various issues involved with the above entitled actions and the status of CIVIL NO. 99-00717DAE-LEK Doe I, et al. vs. The Gap, Inc., et al. |

|          |    | Nadler, Sternman, Downs and Rubin participated by phone. Language for a proposed Stipulation for Transfer of Cases to be drafted and reviewed within the next 7 days, parties to meet and confer and review drafts, etc.  By 5/1/01, a Brief Status Report is to be submitted to the Court by the parties regarding: agreements as to jurisdiction, agreements as to the draft of the proposed stipulation and Order, and the Status of Civil No. 99-00717DAE-LEK at the 9th CCA. Further Status Conference set for 9:00 5/3/01, LEK. cc: all parties ; status/rule 16 conference held on 9:00 4/12/01 ;   before Mag Judge Leslie E. Kobayashi    ( Ct Rptr : No Record)    JUDGE  Mag Judge Leslie E. Kobayashi (eps) [Entry date 04/12/01] |
|----------|----|---|

4/27/01   19      EO :Further Status Conference set for 9:00 5/3/01, LEK is Vacated.  Stipulation for Transfer of Case and Order will be submitted on 5/5/01 for Judge David Alan Ezra's consideration.  Thomas R. Sylvester to notify all parties.  If for some unforseen circumstance, problems arise regarding the stipulation, Thomas R. Sylvester will contact the Court to reset the Status Conference. cc: Chambers of Magistrate Judge Leslie E. Kobayashi (via E-Mail) ; status conference vacated  before Mag Judge Leslie E. Kobayashi       ( Ct Rptr : ) JUDGE  Mag Judge Leslie E. Kobayashi (eps) [Entry date 04/27/01]

5/18/01   20      STIPULATION and ORDER  by Judge David A. Ezra :re pending motion to consolidate the Brylane Action and the Dress Barn Action with the Gap Action solely for purposes of seeking preliminary and final court approval of the settlement agreements and the settlement (eps) [Entry date 05/21/01]

7/2/01    21      ORDER directing Clerk's Office to transfer files to U.S. District Court for the Northern Mariana Islands - by Judge David A. Ezra re [20-1] transferring case, terminating case (cc:  all counsel) (eps) [Entry date 07/03/01]

7/6/01    --      TRANSMITTAL of case file & docket to USDC District of Northern Mariana Islands (ac) [Entry date 07/06/01]
;    [MGM EOD 07/13/2001]